CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ  85001-0511
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| CUGLIARI, GIUSEPPE S | ) | CASE NO. 04-10949-PHX-GBN |
| CUGLIARI, KELLY A | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

      CONSTANTINO FLORES, Trustee, reports that the dividend Check No. 3009, in the amount of $5.49, was issued August 10, 2007, to CCS Financial Services, Inc, and mailed to this creditor. The creditor cashed this check, and subsequently, on May 1, 2008, the Trustee deposited a check issued by CSS Financial Services, Inc., back to this bankruptcy estate, in the same amount of $5.49.

| | |
|---|---|
| *April 20, 2010* | */s/ Constantino Flores* |
| DATE | Constantino Flores, Trustee |